**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00973-CV

**RIGGS & RAY, P.C., Appellant/Cross-Appellee**

**V.**

**STATE FAIR OF TEXAS, Appellee/Cross-Appellant**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16070**

## ORDER

Before the Court is appellant's September 19, 2018 unopposed motion for extension of time to file reply and cross-appellee's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 15, 2018.

/s/    ADA BROWN
      JUSTICE